SHARON A. ROBERTSON *v.* ROBERT APUZZO

The defendant's petition for certification for appeal from the Appellate Division of the Circuit Court is denied. It is noted that, although the petitioner assigns error in the denial of his motion to waive the jury fee because of his indigency, the record discloses no request for a finding or finding relative to the alleged fact of indigency.

*Francis X. Dineen,* in support of the petition.

*Michael A. Arcari,* assistant attorney general, in opposition.

Submitted October 24—decided November 1, 1972

CLIFFORD R. BURGESS ET AL. *v.* THOMAS BONGE ET AL.

No one having appeared to press the plaintiffs' "Motion To Dismiss Appeal For Failure To Prosecute With Due Diligence" from the Court of Common Pleas in Fairfield County, that motion is dismissed.

*Thomas Bonge,* pro se, an appellant (defendant).

No appearance for the appellees (plaintiffs).